**No. 10-5267. Victor Cruz Gonzalez, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1265, 131 S. Ct. 1594, 179 L. Ed. 2d 492, 2011 U.S. LEXIS 1805.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 912, 131 S. Ct. 268, 178 L. Ed. 2d 177, 2010 U.S. LEXIS 7086.

**No. 10-5767. Edna Gorham Bey, Petitioner v. United States.**

562 U.S. 1266, 131 S. Ct. 1594, 179 L. Ed. 2d 492, 2011 U.S. LEXIS 1758.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1092, 131 S. Ct. 794, 178 L. Ed. 2d 533, 2010 U.S. LEXIS 9521.

**No. 10-5788. Leonard Andre Hudson, Petitioner v. United States.**

562 U.S. 1266, 131 S. Ct. 1594, 179 L. Ed. 2d 492, 2011 U.S. LEXIS 1776.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 937, 131 S. Ct. 345, 178 L. Ed. 2d 224, 2010 U.S. LEXIS 7395.

**No. 10-6138. John Arthur Harris, Jr., Petitioner v. Michigan.**

562 U.S. 1266, 131 S. Ct. 1595, 179 L. Ed. 2d 492, 2011 U.S. LEXIS 1747.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1010, 131 S. Ct. 518, 178 L. Ed. 2d 383, 2010 U.S. LEXIS 8623.

**No. 10-6156. Morris Scott Holmes, Petitioner v. Billy O. Brown, Warden, et al.**

562 U.S. 1266, 131 S. Ct. 1595, 179 L. Ed. 2d 492, 2011 U.S. LEXIS 1842.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1010, 131 S. Ct. 520, 178 L. Ed. 2d 384, 2010 U.S. LEXIS 8585.

**No. 10-6165. Robert Herrera, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1266, 131 S. Ct. 1595, 179 L. Ed. 2d 492, 2011 U.S. LEXIS 1764.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1011, 131 S. Ct. 522, 178 L. Ed. 2d 385, 2010 U.S. LEXIS 8479.

**No. 10-6208. Josiah Stone, Petitioner v. Elohim, Inc.**

562 U.S. 1266, 131 S. Ct. 1595, 179 L. Ed. 2d 492, 2011 U.S. LEXIS 1804.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1111, 131 S. Ct. 821, 178 L. Ed. 2d 561, 2010 U.S. LEXIS 9781.